**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **MICHAEL CUARESMA AND BRAXTON GRIFFIN, individually and on behalf of all others similarly situated,**<br><br>    **Plaintiffs,**<br><br>**v.**<br><br>**SOFTCHOICE CORPORATION,**<br><br>    **Defendant.** | **Civil Action No. 22-cv-1070** |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT UNDER THE FAIR LABOR STANDARDS ACT, FOR APPOINTMENT OF SETTLEMENT ADMINISTRATOR, FOR APPROVAL OF SERVICE AWARDS, AND FOR APPROVAL OF ATTORNEYS' FEES AND COSTS**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Settlement under the Fair Labor Standards Act, for Appointment of Settlement Administrator, for Approval of Service Awards, and for Approval of Attorneys' Fees and Costs, the Declaration of Douglas M. Werman in Support of Plaintiffs' Motion, and the supporting exhibits, Plaintiffs respectfully request that the Court grant their Motion. Defendant does not oppose this Motion and a Proposed Order is attached as Exhibit A to the Declaration of Douglas M. Werman.

Dated: March 1, 2022

Respectfully submitted,

/s/ Douglas M. Werman
Douglas M. Werman
**WERMAN SALAS P.C.**
77 W. Washington Street, Suite 1402
Chicago, Illinois 60602

Telephone: (312) 419-1008
dwerman@flsalaw.com

*Attorney for Plaintiffs and others similarly
situated*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2022 the foregoing document was filed electronically on the Court's CM/ECF system, and a true and correct copy of this document was served upon counsel for Defendant Softchoice Corporation via electronic mail to:

Joshua B. Waxman
JWaxman@littler.com
Littler Mendelson P.C.

*Counsel for Defendant*

/s/ Douglas M. Werman
Douglas M. Werman