## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Michael Cuaresma, et al.

                    Plaintiff,

v.                                                     Case No.: 1:22−cv−01070
                                                       Honorable Elaine E. Bucklo

Softchoice Corporation

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 14, 2022:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiffs' Unopposed Motion for Approval of Settlement under the FLSA, for Appointment of Settlement Administrator, for Approval of Service Awards, and for Approval of Attorneys' Fees and Costs [4] is granted. Enter Order Approving Collective Action Settlement. Motion to appear pro hac vice [8] is granted. This case is dismissed without prejudice with leave to reinstate on or before 60days after the Effective Date, and in the event a motion to reinstate is not filed on or before 60days after the Effective Date, the case shall be deemed, without further order or action of the Court,to be dismissed with prejudice. All pending dates before this court are stricken. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.