IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL CUARESMA and BRAXTON GRIFFIN, individually and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**SOFTCHOICE CORPORATION,**<br><br>Defendant | Civil Action No.  22cv1070 |

### ORDER APPROVING COLLECTIVE ACTION SETTLEMENT

The above-entitled matter came before the Court on Plaintiffs' Unopposed Motion for Approval of a Collective Action Settlement ("Approval Motion").

**The Settlement is Approved**

1. The Court finds that the settlement in this Fair Labor Standards Act action is a fair and reasonable resolution of a bona fide dispute, and therefore, meets the requirements for approval.

2. The settlement is approved, and the terms of the Parties' Joint Stipulation of Settlement and Release Agreement (the "Agreement") are incorporated by reference into this Order.

3. The Court has reviewed and approves the Fair Labor Standards Act settlement as set forth in the Agreement. The terms of the Parties' Joint Stipulation of Settlement and Release Agreement are incorporated by reference into this Order.

4. Plaintiffs' proposed Settlement Notice, Consent to Join/Opt-In Form, and

procedure for their distribution of the settlement proceeds are approved. The language to be included on the Settlement Checks, in the Settlement Notice and Consent to Join/Opt-In Form is approved, and Eligible Settlement Collective Members who timely return a Consent to Join/Opt-In Form will be bound by the release and are enjoined from pursuing the Released Claims.

5. The Court approves the Service Awards for Michael Cuaresma and Braxton Griffin.

6. The Court grants Plaintiffs' request for attorneys' fees and out-of-pocket costs and expenses.

7. The Court approves Rust Consulting, Inc., as the Settlement Administrator.

8. This case is dismissed without prejudice, with leave to reinstate on or before 60 days after the Effective Date, and in the event a motion to reinstate is not filed on or before 60 days after the Effective Date, the case shall be deemed, without further order or action of the Court, to be dismissed with prejudice.

9. This Court will retain jurisdiction over this Action for the purposes of supervising the implementation, enforcement, construction, administration, and interpretation of the Joint Stipulation of Settlement and Release Agreement, including the distribution of the settlement funds.

10. The Parties shall abide by all terms of the Joint Stipulation of Settlement and Release Agreement.

It is so ORDERED this 14 day of April, 2022

Hon. Elaine E. Bucklo
U.S. District Judge